KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA KULIK, | ) |
| Plaintiff, | ) Case No. 3:14-cv- |
| vs. | ) |
| | ) **UNITED STATES' NOTICE OF** |
| GEORGE GILSON, M.D., NEIL J. MURPHY, M.D., BENJAMIN GARNETT, M.D., HEALTHCARE PROVIDERS G, I. ANDERSON, GAIL SURRENA, D. GILBERM, CNM, BONNIE JEAN BISHOP STARK, CNM, B, BB, VH, T. LEES, RN, BETHANY BERRY, R. CHHONG, and NOLA WERNOFSKY, | ) **REMOVAL FROM STATE COURT** |
| Defendants. | ) |

The United States, through counsel, notifies this Court of the removal of this action from state court. The notice is based on the following:

1. Plaintiff Melissa Kulik filed a Complaint in the Superior Court for the

State of Alaska, Third Judicial District at Anchorage, alleging tort claims against George Gilson, M.D., Neil J. Murphy, M.D., Benjamin Garnett, M.D., Healthcare providers G, I. Anderson (Heather Anderson, RN), Gail Surrena, RN, D. Gilberm (Deborah Gilburn), CNM, Bonnie Jean Bishop Stark, CNM, B, BB (Bethany Berry, CNM), VH (Veronica Hoffman, CMA), T. Lees (Tiffany Lees), RN, R. Chhong (Ravann Chhong, CMA), and Nola Wernofsky, RN (All Defendants) in Case No. 3AN-13-9613 CI ("the State Action"). A copy of the Complaint is attached with this Notice of Removal.

2. The U.S. Attorney for the District of Alaska, Karen L. Loeffler, has certified that with respect to the allegations of the Complaint, all defendants are deemed to be employees of the federal government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80. Further, U.S. Attorney Loeffler found that, with respect to the allegations in Plaintiff's Complaint, all Defendants listed above were acting within the scope of their federal employment for purposes of certification and removal under the FTCA, 28 U.S.C. § 2679(d)(2). Thus, Plaintiff's Complaint against all defendants is deemed to be an action against the United States under the FTCA. 28 U.S.C. § 2679(d)(1). The U.S. Attorney's Certification is filed concurrently with this Notice of Removal.

3. The remedy provided by the FTCA for tort claims against the United States is the exclusive remedy, and this Notice of Removal is brought pursuant to 28

Kulik v. Gilson et al. (United States)
Case No. 3:14-cv-
2

Case 3:14-cv-00054-JWS   Document 1   Filed 03/21/14   Page 2 of 3

U.S.C. §§ 2679(b)(1), 2679(d)(2).

4. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice of Removal, is being filed in the Superior Court for the State of Alaska, where the State Action is pending.

DATED this 21st day of March, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Susan J. Lindquist
SUSAN LINDQUIST
Assistant U. S. Attorney
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014,
a copy of the foregoing **UNITED STATES'**
**NOTICE OF REMOVAL FROM STATE COURT**
was served via U.S. Mail on:

Ray Brown
Law Offices of Dillon & Findley
1049 W. 5th Ave., Suite 200
Anchorage, AK 99501

s/Susan J. Lindquist

Kulik v. Gilson et al. (United States)
Case No. 3:14-cv-