KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA KULIK, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-cv-00054-JWS |
| ) | |
| vs. ) | |
| ) | **UNITED STATES' NOTICE OF** |
| GEORGE GILSON, M.D., NEIL J. ) | **FILING STATE COURT FILE** |
| MURPHY, M.D., BENJAMIN ) | |
| GARNETT, M.D., HEALTHCARE ) | |
| PROVIDERS G, I. ANDERSON, ) | |
| GAIL SURRENA, D. GILBERM, ) | |
| CNM, BONNIE JEAN BISHOP ) | |
| STARK, CNM, B, BB, VH, T. LEES, ) | |
| RN, BETHANY BERRY, R. ) | |
| CHHONG, and NOLA ) | |
| WERNOFSKY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, through counsel, and in accordance with the Court's order at Docket 3, files the complete state court file, 3AN-13-9613 CI, concurrently with this notice.

DATED this 31st day of March, 2014, at Anchorage, Alaska.

                    KAREN L. LOEFFLER
                    United States Attorney


                    <u>s/Susan J. Lindquist</u>
                    SUSAN J. LINDQUIST
                    Assistant U. S. Attorney
                    Attorney for the United States of America


**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2014,
a copy of the foregoing **UNITED STATES'
NOTICE OF FILING STATE COURT FILE**
was served electronically on:

Ray R. Brown
Meg Simonian

<u>s/Susan J. Lindquist</u>

Kulik v. Gilson et al. (United States)
Case No. 3:14-cv-00054-JWS

2