IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA KULIK,<br><br>        Plaintiff,<br><br>vs.<br><br>GEORGE GILSON, M.D., NEIL J. MURPHY, M.D., BENJAMIN GARNETT, M.D., HEALTHCARE PROVIDERS G, I. ANDERSON, GAIL SURRENA, D. GILBERM, CNM, BONNIE JEAN BISHOP STARK, CNM, B, BB, VH, T. LEES, RN, BETHANY BERRY, R. CHHONG, and NOLA WERNOFSKY,<br><br>        Defendants. | Case No. 3:14-cv-00054-JWS<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO AMEND CAPTION TO SUBSTITUTE AND NAME THE UNITED STATES AS THE PROPER DEFENDANT** |

The Court, having considered the United States' unopposed motion to amend the caption to substitute the United States of America as the proper Defendant in place of George Gilson, M.D., Neil J. Murphy, M.D., Benjamin Garnett, M.D., Heather Anderson, RN, Gail Surrena, RN, Deborah Gilburn, CNM, Bonnie Jean Bishop Stark, CNM, Bethany Berry, CNM, Veronica Hoffman, CMA, Tiffany Lees, RN, Ravann Chhong, CMA, and Nola Wernofsky, RN, HEREBY ORDERS that the motion is GRANTED.

The United States shall be substituted as the Defendant in this action, all above named defendants, shall be dismissed as a defendant, and the caption in this case shall be amended accordingly.

DATED this 9th day of April 2014.

/s/ John W. Sedwick
Senior United States District Court Judge