KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MELISSA KULIK, | ) | |
|---|---|---|
| | ) | Case No. 3:14-cv-00054-JWS |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action. A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take up to 90 days.

DATED this 23rd day of November, 2016, at Anchorage, Alaska.

           KAREN L. LOEFFLER
           United States Attorney

           s/Susan J. Lindquist
           SUSAN J. LINDQUIST
           Assistant U. S. Attorney
           Attorney for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016,
a copy of the foregoing
was served electronically on:

Ray R. Brown
Meg Simonian

s/Susan J. Lindquist

Kulik v. United States
Case No. 3:14-cv-00054-JWS

2