KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MELISSA KULIK, | ) | |
|---|---|---|
| | ) | Case No. 3:14-cv-00054-JWS |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION** |
| vs. | ) | **FOR DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, through counsel, stipulate to dismiss the above matter with prejudice, with each party to bear its own costs and attorney fees.

DATED this 28th day of December, 2016, at Anchorage, Alaska.

                                      KAREN L. LOEFFLER
                                      United States Attorney

                                      <u>s/Susan J. Lindquist</u>
                                      SUSAN J. LINDQUIST
                                      Assistant U. S. Attorney
                                      Attorney for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2016,
a copy of the foregoing
was served electronically on:

Ray R. Brown
Meg Simonian

<u>s/Susan J. Lindquist</u>

Kulik v. United States
Case No. 3:14-cv-00054-JWS

2