UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| Melissa Kulik | v. | United States of America |
|---|---|---|
| HONORABLE JOHN W. SEDWICK | | 3:14-cv-00054-JWS |
| ORDER FROM CHAMBERS | | January 2, 2017 |

_____

The parties' stipulation for dismissal with prejudice, each party bearing its own costs and fees, is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please close this file.

_____